IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REENA CHOPRA,<br>　　　　Petitioner,<br>　v.<br>STATE OF CALIFORNIA,<br>　　　　Respondent. | No. C 09-0841 JSW (PR)<br><br>**ORDER OF DISMISSAL** |

Petitioner, a California parolee, filed this action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254 regarding the constitutionality of her state conviction. On June 8, 2009, this Court dismissed the petition with leave to file an amended petition within thirty days of the Court's order. In the Court's order, Petitioner was notified that failure to amend by the designated time would result in a dismissal of the case. After the original order was returned, the order was resent to Petitioner to the proper address listed on her petition on July 22, 2008.

More than thirty days have passed since July 22, 2008 and Petitioner has not responded to the Court's order or contacted the Court. Accordingly, this case is DISMISSED without prejudice for failure to prosecute and to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b). *See Link v. Wabash R.R.*, 370 U.S. 626, 633 (1962); *McKeever v. Block*, 932 F.2d 795, 797 (9th Cir. 1991). The Clerk shall

close the file and enter judgment in this matter.

IT IS SO ORDERED.

DATED: October 22, 2009

                                   JEFFREY S. WHITE
                                   United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REENA CHOPRA,<br><br>        Plaintiff,<br><br>  v.<br><br>CALIFORNIA et al,<br><br>        Defendant.<br>_____/ | Case Number: CV09-00841 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 22, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Reena Chopra
644 Fulton Street
#2
Redwood City, CA 94061

Dated: October 22, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk