IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REENA CHOPRA, | ) | No. C 09-0841 JSW (PR) |
| Petitioner, | ) ) ) | **ORDER TO UPDATE ADDRESS** |
| vs. | ) ) | |
| ATTORNEY GENERAL OF CALIFORNIA, | ) ) ) ) | |
| Respondent. | ) ) | |

Petitioner, formerly a prisoner of the State of California, currently on parole, has filed a habeas corpus petition pursuant to 28 U.S.C. § 2254 challenging the constitutional validity of her state court conviction. Respondent has answered the petition and notified the Court that his attempt to serve Petitioner at the last address provided to the Court failed, and that the mail was returned as undeliverable because Petitioner is no longer located there. Local Rule 3-11 requires Petitioner to keep the Court informed of any change in address. Petitioner shall inform the Court of her current address within **30 days** of the date this order is filed. Failure to do so may result in the dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

DATED: July 26, 2011

JEFFREY S. WHITE
United States District Judge

Case 3:09-cv-00841-JSW   Document 20   Filed 07/26/11   Page 2 of 2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REENA CHOPRA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA et al,<br><br>　　　　Defendant.<br>_____ / | Case Number: CV09-00841 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 26, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Reena Chopra
230 Grau Drive
Fremont, CA 94536

Dated: July 26, 2011

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk